826 F.2d 6
 Penny CREATON, et al., Plaintiffs-Appellants,
v.
Otis BOWEN, et al., Defendants-Appellees.
Patricia VAN BERG, et al., Plaintiffs-Appellants,
v.
A.N. SHINPOCH, et al., Defendants-Appellees.
 Nos. 86-6148, 86-3870.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted April 7, 1987.
Decided Aug. 26, 1987.
 
 Mark Greenberg, Los Angeles, Cal., and Robin Zukoski, Seattle, Wash., for plaintiffs-appellants.
 George Wu, Los Angeles, Cal., and P.K. Abraham, Seattle, Wash., for defendants-appellees.
 Appeal from the United States District Court for the Central District of California; Manuel L. Real, Chief Judge, Presiding.
 Appeal from the United States District Court for the Western District of Washington; John C. Coughenour, District Judge, Presiding.
 Before BROWNING, Chief Judge, WRIGHT and HALL, Circuit Judges.
 
 ORDER
 
 1
 We affirm for the reasons stated in Gorrie v. Bowen, 809 F.2d 508 (8th Cir.1987), and Oliver v. Ledbetter, 821 F.2d 1507 (11th Cir.1987). See also Bowen v. Gilliard, --- U.S. ----, ---- n. 5, 107 S.Ct. 3008, 3013 n. 5, 97 L.Ed.2d 485 (1987) (citing Gorrie with approval).
 
 
 2
 AFFIRMED.